UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04 12507 MLW

| | |
|---|---|
| ONE BEACON INSURANCE COMPANY, ) | |
| ) | MAGISTRATE JUDGE _____ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. |
| FACTORY MUTUAL INSURANCE ) | RECEIPT # _____ |
| COMPANY, ) | AMOUNT $150 |
| ) | SUMMONS ISSUED: Yes |
| Defendant. ) | LOCAL RULE 4.1 ___ |
| | WAIVER FORM ___ |
| | MCF ISSUED ___ |
| | BY DPTY. CLK. T.O.M |
| | DATE 11/30/04 |

**COMPLAINT**

Plaintiff, OneBeacon Insurance Company, by and through its counsel, and for its Complaint against Defendant, Factory Mutual Insurance Company, states as follows:

**PARTIES**

1.  Plaintiff is a Pennsylvania corporation with its principal place of business in Pennsylvania. Plaintiff is successor to Employers Surplus Lines Insurance Company (plaintiff and its predecessor are referred to herein as "ESLIC").

2.  Defendant is a Rhode Island corporation with its principal place of business in Rhode Island. Defendant is successor to Mutual Boiler and Machinery Insurance Company (defendant and its predecessor are referred to herein as "F.M. Global").

**JURISDICTION AND VENUE**

3.  This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a) because the parties' citizenship is diverse and the amount of controversy exceeds $75,000, exclusive of interest and costs.

1

4. This Court has personal jurisdiction over F.M. Global because F.M. Global regularly does business within this judicial district, including at its 225 Wyman Street, Waltham, Massachusetts facility.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

## BACKGROUND

6. ESLIC participated in the reinsurance of insurance coverage issued by Electric Mutual Liability Insurance Company ("EMLICO") to General Electric Company ("GE").

7. ESLIC disputed it owed EMLICO tens of millions of dollars relating to asbestos losses incurred by EMLICO's insured, GE.

8. ESLIC and EMLICO arbitrated the reinsurance dispute as required, which resulted in a binding award ordering ESLIC to pay EMLICO $41,364,719.92 ($29,209.000 in loss; $7,155,719.92 in expenses; and $5,000,000 in interest).

9. ESLIC has paid the entire awarded amount to EMLICO.

10. F.M. Global issued two facultative retrocessional reinsurance certificates to ESLIC, under which ESLIC billed F.M. Global $4,258,313.00 as F.M. Global's share of the amount paid by ESLIC to EMLICO under the arbitration award.

11. F.M. Global paid $3,000,000.00 of the billed amount to ESLIC, but has failed and refused to pay the remaining $1,258,313.00 due and owing to ESLIC.

## COUNT I

### Breach of Contract

12. ESLIC incorporates paragraphs 1-11 above as it fully set forth herein.

13. F.M. Global's failure and refusal to pay ESLIC the $1,258,313 balance of the billed amount constitutes breach of the facultative retrocessional reinsurance certificates issued by F.M. Global to ESLIC.

14. ESLIC has fully performed all of its obligations under the facultative reinsurance certificates.

WHEREFORE, OneBeacon Insurance Company, as successor to Employers Surplus Lines Insurance Company, prays that this Court enter judgment in its favor and against Factory Mutual Insurance Company, as successor to Mutual Boiler and Machinery Insurance Company, and that this Court issue an order as follows:

(A) awarding OneBeacon, damages in the amount of $1,258,313, plus interest, attorneys fees and costs; and

(B) granting OneBeacon such other relief as this Court deems just and proper.

Respectfully submitted,

ONEBEACON INSURANCE COMPANY
By its attorneys,

Kevin J. O'Connor (BBO No. 555249)
Hermes, Netburn, O'Connor
   & Spearing. P.C.
111 Devonshire Street
Boston, MA 02109
Tel (617) 728-0050
Fax (617) 728-0052

Dated: November 29, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) **OneBeacon Insurance Company v. Factory Mutual Insurance Company**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [ ] II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - [X] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - [ ] IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   N/A

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [X]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [X]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)). **None of the parties reside in the Commonwealth of Massachusetts.**
   YES [ ]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [ ]    Central Division [ ]    Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]    Central Division [ ]    Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [X]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Kevin J. O'Connor                              11/29/04
ADDRESS  111 Devonshire Street, Floor 8, Boston, MA  02109
TELEPHONE NO.  (617) 728-0050

(Coversheetlocal.wpd - 10/17/02)

JS 44   (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
OneBeacon Insurance Company

## DEFENDANTS
Factory Mutual Insurance Company

(b) County of Residence of First Listed Plaintiff **Philadelphia, PA**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Kevin J. O'Connor
Hermes, Netburn, O'Connor & Spearing, P.C.
111 Devonshire St., Fl. 8, Boston, MA 02109

Attorneys (If Known)
Unknown

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | **PERSONAL INJURY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 362 Personal Injury— Med. Malpractice | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 365 Personal Injury— Product Liability | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 368 Asbestos Personal Injury Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 340 Marine | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 345 Marine Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | ☐ 350 Motor Vehicle | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | ☐ 355 Motor Vehicle Product Liability | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | ☐ 360 Other Personal Injury | **PERSONAL PROPERTY** | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | **CIVIL RIGHTS** | ☐ 370 Other Fraud | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 371 Truth in Lending | **FEDERAL TAX SUITS** | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 380 Other Personal Property Damage | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations | ☐ 385 Property Damage Product Liability | ☐ 871 IRS —Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | **PRISONER PETITIONS** | | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | | |
| | | ☐ 530 General | | |
| | | ☐ 535 Death Penalty | | |
| | | ☐ 540 Mandamus & Other | | |
| | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Plaintiff seeks two payment of amounts due under two facultative retrocessional reinsurance certificates issued to it by Defendant. Jurisdiction is based upon 28 U.S.C. Section 1332 (a)(1).

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 1,258,313
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE 11/29/04
SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____