UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 18 P 3: 18

U.S. DISTRICT COURT
DISTRICT OF MASS

ONE BEACON INSURANCE COMPANY, )
)
Plaintiff, )
)
v. )
) No. 1:04-CV-12507-MLW
FACTORY MUTUAL INSURANCE )
COMPANY, )
)
Defendant. )
)

SCANNED

F: 1/18/05

**NOTICE OF DISMISSAL**
**(Fed. R. Civ. P. 41(a)(1))**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff OneBeacon Insurance Company hereby dismisses this action. In support of this notice, OneBeacon states that it wishes to dismiss the action and that the defendant Factory Mutual Insurance Company has not served an answer or a motion for summary judgment.

Respectfully submitted,

OneBeacon Insurance Company
By its attorneys

Kevin J. O'Connor   (BBO No. 555249)
Hermes Netburn O'Connor & Spearing, P.C.
111 Devonshire Street
Boston, MA 02109

Tel. (617) 728-0050
Fax  (617) 728-0052

January 14, 2005

1